UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT LEE-OTIS NORTHROP,

        Petitioner,

v.                                        Case No. 03-CV-72995-DT

DAVID JAMROG,

        Respondent.
_____/

### ORDER GRANTING MOTION TO AMEND HABEAS CORPUS PETITION

On August 8, 2003, petitioner Robert Lee-Otis Northrop filed a *pro se* habeas corpus petition under 28 U.S.C. § 2241. He stated that he had been restrained against his will for an unreasonable amount of time without being charged. On August 21, 2003, the court dismissed the habeas petition without prejudice to Petitioner's right to renew his claim in a timely habeas corpus petition, following exhaustion of state remedies.

Currently pending before the court is Petitioner's motion for leave to amend his habeas petition. He alleges that, since filing his habeas petition, (1) the parties have changed, (2) certain events have transpired that warrant amendment of the habeas petition, and (3) certain facts must be pleaded due to exhaustion of remedies.

Petitioner appears to have cured the defect that led to the dismissal of his habeas petition. Accordingly, his motion to amend [Doc. 6, Apr. 7, 2006] is GRANTED. Petitioner shall file his amended habeas petition within **twenty-one (21) days** of receipt of this order. Upon receipt of the amended habeas petition, the court will screen the

pleading under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

  S/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2006, by electronic and/or ordinary mail.

  S/Lisa Wagner

Case Manager and Deputy Clerk  
(313) 234-5522